IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANA TULLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BOARD OF EDUCATION OF THE | ) |
| CITY OF CHICAGO, | ) Jury Demand |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff Ana Tully ("Plaintiff" or "Tully"), by her attorneys, David Hemenway and Rima Kapitan, complains against Defendant Board of Education of the City of Chicago ("Board") as follows:

### Nature of Action

1. This is an action for disability discrimination and retaliation under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, and for age discrimination under the Age Discrimination in Employment Act, 29 U.S.C. ¶ 621 *et seq.*

2. Plaintiff Ana Tully is a 53 year-old female who suffered a workplace injury in November 2013 that left her disabled. She was discharged by the Board of Education from her position as a tenured teacher at Reilly Elementary School on or about July 21, 2014, because of the disability, a serious mobility impairment caused by her workplace injury that requires her to walk with a cane, and because her age.

## Parties

3. Plaintiff Tully is and has at all relevant times been a resident of Chicago, Cook County, Illinois.

4. Defendant Board of Education of the City of Chicago ("Board") is an Illinois School District organized under the School Code of Illinois, and has its principal place of business in Chicago, Illinois.

## Jurisdiction and Venue

5. This Court has original subject matter jurisdiction over Plaintiff's ADA and ADEA claims pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343. The Court also has original subject matter jurisdiction over Plaintiff's ADEA claim pursuant to 29 U.S.C. § 626(c)((1).

6. Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b) because all parties reside in this judicial district, and/or a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this judicial district.

## Administrative Prerequisites

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission on August 2, 2013, alleging that she had been discriminated against by the Defendant Board on the basis of her disability. Plaintiff received her right to sue letter from the EEOC letter on or about March 20, 2014. (Exhibit 1).

8. On the EEOC intake questionnaire form Plaintiff completed when she went to the EEOC on or about August 2, 2013. Plaintiff checked the boxes for both "disability" and "retaliation" when asked to identify the form of employment discrimination she experienced. (Exhibit 2). The EEOC, however, did not include "retaliation" in the charge it drafted and had Tully execute that same day. (Exhibit 1). Tully was not represented by an attorney during the EEOC process.

9. Plaintiff filed a charge of discrimination with the EEOC alleging age discrimination on May 16, 2014. Plaintiff has requested, but not yet received, her right to sue letter on this charge, which must be issued by the United States Department of Justice. (Exhibit 3). Plaintiff is also authorized by the ADEA to file a complaint alleging age discrimination sixty (60) days after the date of filing her charge of discrimination. Accordingly, the required administrative prerequisites will have been affected shortly, and judicial economy warrants bringing the ADEA claim as part of this action.

## Background Facts

10. Tully worked for the Defendant Board as a teacher for over 20 years. She consistently received the either the highest evaluative rating of "superior" or the next highest evaluative rating of "excellent" on her teaching evaluations.

11. Tully received a teacher evaluative rating of "Superior" on her teacher evaluation review for the 2011-2012 school year, on May 30, 2012. The evaluation was not completed by the Principal that made the decision to discharge, her, Martha Irizarry.

12. The May 12, 2012 evaluation was the last evaluation of Tully conducted prior to her workplace injury and discharge.

13. Tully was injured at work on November 26, 2012, when her classroom closet overhead door fell on her head and neck.

14. As a result of this workplace injury, Tully has permanent injuries to her back, neck and knee, which limit, *inter alia*, the major life activities of walking, particularly up and down stairs.

15. As a result of her disability, Tully walks with the assistance of a cane, and will likely have to walk with the assistance of a cane or another auxiliary aid for the remainder of her life.

16. Tully returned to work on December 13, 2012. She provided her school principal, Martha Irizarry, with the restrictions her doctor recommended, which included a recommendation that she not climb stairs, and that she be allowed to sit or stand as tolerated.

17. Tully worked from December 13, 2012, to December 20, 2012, when the Winter Holiday break began. While Principal Irizarry did not provide any accommodations or acknowledge her restrictions, co-workers assisted her in tasks such as accompanying her students to other classes, recess and lunch, and making photocopies for her.

18. Tully's physical condition worsened over the Holiday Break, and she began experiencing increased back pain and numbness. She nonetheless returned to work when school reconvened on January 3, 2013.

19. Tully was admitted to the hospital on January 9, 2013, for the back pain and numbness she was experiencing. She returned to work on January 14, 2013, but requested that she be provided the accommodation of non-teaching administrative duties for a short period of time.

20. Irizarry did not agree to accommodate Tully by allowing her to perform non-teaching duties and would not consider any other accommodations that might permit Tully to work as a teacher. When Tully told Irizarry that she was communicating with the Board's Equal Opportunities Compliance Office (EOCO) regarding accommodations for her disability, Irizarry made several statements indicating she did not want Tully back teaching at the school because of her restricted mobility and other matters associated with Tully's disability. The statements included angrily telling Tully that she did not want her at the school with a cane.

21. When Tully contacted the Board's EOCO and requested help, the EOCO denied that Tully had a disability requiring an ADA accommodation, but did agree to provide certain accommodations for Tully.

22. Although Tully requested accommodations in January 2013, she was not permitted to return to work until the middle of June 2013.

23. On or about July 21, 2013, Tully was notified by Irizarry that she was being discharged, purportedly as part of a reduction-in-force.

24. Defendant Board asserted Tully was being discharged as part of a reduction-in-force, and that Tully supposedly did not have a particular teaching

endorsement that would allow to teach certain programs.

25. Defendant Board's reasons for discharging Tully are completely false. Tully had all of the credentials necessary to teach any class or program offered at Reilly, and had such credentials and endorsements at all times.

26. The Board and Irizarry were well aware that Tully had the proper credentials and necessary endorsements, and simply manipulated the seniority and assignment system, and willfully misread endorsement and credential information, in a transparent scheme to ensure that Tully would be laid off in the RIF.

27. Irizarry has stated, in the presence of others, that she intended to take action to get rid of older teachers at Reilly Elementary. Irizarry did not want Tully teaching at Reilly because she is disabled and older.

28. Tully also asserts that, after further investigation or discovery, it is likely that her job duties were largely assumed by one or more significantly younger, non-disabled persons who did not seek reasonable accommodations for a disability or who did not suffer a workplace injury and seek worker's compensation benefits.

**Count I**
**ADA - Disability Discrimination**

29. Plaintiff restates and realleges paragraphs 1 to 28 as though fully set forth herein.

30. Plaintiff is a qualified person with a disability consisting of multiple infirmities that interfere with the major life activities of walking, sitting, standing for extended periods of time, and other mobility-related impairments

31. Defendant was aware of Plaintiff's disability when it made the decision to

discharge her.

32. Plaintiff's supervisor, who campaigned for and recommended her discharge, regarded Plaintiff as disabled.

33. Plaintiff was discharged because she is disabled and/or regarded as disabled, in violation of the Americans With Disabilities Act.

**Wherefore**, Plaintiff respectfully requests that she be granted all available relief, including:

A. Back pay, front pay, and compensatory damages;

B. Her reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988; and,

C. Such other relief as the Court deems proper.

## Count II
## ADA – Retaliation

34. Plaintiff restates and realleges paragraphs 1 through 28 as though fully set forth herein.

35. Plaintiff requested a reasonable accommodation for her disability.

36. Defendant retaliated against Plaintiff for requesting a reasonable accommodation for her disability by, *inter alia*, discharging her in violation of the anti-retaliation provisions of the ADA.

**Wherefore**, Plaintiff respectfully requests that she be granted all available relief, including:

A. Back pay, front pay, and compensatory damages;

B. Her reasonable attorney's fees and costs pursuant to 42 U.S.C. §

1988; and,

C.    Such other relief as the Court deems proper.

## Count III
### ADEA – Discrimination

37.    Plaintiff restates and realleges paragraphs 1 through 28 as though fully set forth herein.

38.    Plaintiff is 53 years old.

39.    Plaintiff's direct supervisor has made statements explicitly expressing a desire to get rid of older teachers working at Reilly Elementary School.

40.    Plaintiff's direct supervisor manipulated the seniority and credentialing process in order to ensure that Tully would be laid off as part of a reduction in force.

41.    Plaintiff was intentionally targeted for lay off because of her age, 53, in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*

**Wherefore**, Plaintiff respectfully requests that she be granted all available relief, including:

A.    Back pay, front pay, and liquidated damages;

B.    Her reasonable attorney's fees and costs pursuant to 29 U.S.C.§§ 626 and 216(b); and,

C.    Such other relief as the Court deems proper.

## Jury Demand

Plaintiff demands trial by jury on all counts of the complaint.

>Respectfully submitted,
>
>Ana Tully, Plaintiff
>
>By: /s/ David Hemenway, one of her attorneys
>
>>DAVID A. HEMENWAY, P.C
>>300 S. Wacker Dr., Ste. 1700
>>Chicago, IL 60603
>>(312) 663-4733
>>employmentlaw@mac.com
>>
>>KAPITAN LAW OFFICE
>>P.O. Box 6799
>>(312) 566-9590
>>Chicago, IL 60680
>>rkapitan@kapitanlaw.net

EEOC Form 161 (11/09) U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Ana Tully
5004 North Troy
Apt. 1
Chicago, IL 60625

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2013-04913 | Eric Lamb, Investigator | (312) 869-8092 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_John P. Rowe_    3-17-14
John P. Rowe,    (Date Mailed)
District Director

Enclosures(s)

cc: Diana L. Mitchell
Assistant General Counsel
BOARD OF EDUCATION OF THE CITY OF CHICAGO
125 S. Clark Street
Suite 700
Chicago, IL 60603


EXHIBIT 1

| EEOC Form 5 (11/09) | | | |
|---|---|---|---|
| **CHARGE OF DISCRIMINATION** <br> This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: <br> ☐ FEPA <br> ☒ EEOC | Agency(ies) Charge No(s): <br> 440-2013-04913 and EEOC | |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Ana Tully | (773) 604-4845 | 08-29-1960 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5004 North Troy, Apt. 1 Chicago, IL 60625 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CHICAGO BOARD OF EDUCATION | 500 or More | (773) 553-1000 |

| Street Address | City, State and ZIP Code |
|---|---|
| REILLY ELEMENTARY SCHOOL <br> 3650 W. School Street, Chicago, IL 60618 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____ Latest 07-21-2013
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent in or around 1986. My most recent position was Teacher. I was not provided with a reasonable accommodation, and subsequently I was discharged.

I believe that I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

AUG 0 2 2013

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| Aug 02, 2013 _____ /s/ Tully _____ <br> Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> (month, day, year) |

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

### 1. Personal Information

Last Name: **Tully** First Name: **Ana** MI: ___
Street or Mailing Address: **5004 N. Troy** Apt or Unit #: **1**
City: **Chicago** County: **Cook** State: **Il** Zip: **60625**
Phone Numbers: Home: **847 815-9820** Work: ( )
Cell: **847 815-9820** Email Address: ___
Date of Birth: **8/29/60** Sex: ☐ Male ☒ Female Do You Have a Disability? ☒ Yes ☐ No

Please answer each of the next three questions.
i. Are you Hispanic or Latino? ☒ Yes ☐ No
ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☒ White ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)? **Puerto Rico**

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: **Scott Tully** Relationship: **Husband**
Address: **5004 N. Troy** City: **Chicago** State: **Il** Zip Code: **60625**
Home Phone: ( ) ___ Other Phone: **847 417-9348**

### 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☒ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) ___

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.
Organization Name: **Chicago Board of Ed. 125 N. Clark**
Address: **Reilly Elementary School** County: ___
City: **Chicago** State: **Il** Zip: ___ Phone: ( )
Type of Business: ___ Job Location if different from Org. Address: ___
Human Resources Director or Owner Name: ___ Phone: ( )

Number of Employees in the Organization at All Locations: Please Check (✓) One
☐ Fewer Than 15 ☒ 15 – 100 ☐ 101 – 200 ☐ 201 – 500 ☐ More than 500

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☐ No

Date Hired: **1986** Job Title At Hire: **Teacher**
Pay Rate When Hired: ___ Last or Current Pay Rate: ___
Job Title at Time of Alleged Discrimination: **Teacher** Date Quit/Discharged: **7/21/13**
Name and Title of Immediate Supervisor: **Mrs. Martha Irizarry, Prin**
If Job Applicant, Date You Applied for Job ___ Job Title Applied For ___

**EXHIBIT 2**

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race ☐ Sex ☐ Age ☒ Disability ☐ National Origin ☐ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing  ii. family medical history  iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): I had an accident at school 11/26/12

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: 1/14/13  Action: Sent home not allow to stay working because I return with limitations
Name and Title of Person(s) Responsible: Martha Irizarry

B. Date: 6/14/13  Action: I returned with ADA accommodation and July 21, 13 she called me to say my position is closed, she doesn't need me at Reilly
Name and Title of Person(s) Responsible: _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
There is no reason for closing my position I meet all requirement for position I was in

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?
Closed my position without any reason. She left others with less seniority, years and qualifications

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?
Full Name  Race, Sex, Age, National Origin, Religion or Disability Job Title  Description of Treatment

A. _____

B. _____

Of the persons in the same or similar situation as you, who was treated the *same* as you?
Full Name  Race, Sex, Age, National Origin, Religion or Disability Job Title  Description of Treatment

A. _____

B. _____

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   - [x] Yes, I have a disability
   - [ ] I do not have a disability now but I did have one
   - [ ] No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

Prolong Walking, standing, stairs, repeated movement

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   [x] Yes [ ] No
If "Yes," what medication, medical equipment or other assistance do you use?

Gabapentin Cymbalta, cane pain killers

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   [x] Yes [ ] No
If "Yes," when did you ask? Jan/2012  How did you ask (verbally or in writing)? Writing
Who did you ask? (Provide full name and job title of person)
A.D.A.

Describe the changes or assistance that you asked for:
I was assigned a person to take students up/downstairs and assist with students moving from Classroom

How did your employer respond to your request?
ADA provided a chair and assistance

Principal - Irizarry did not wanted me in school until ADA put in place accommodations

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| | Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|---|
| A. | | | | |
| B. | | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
Chicago Teachers Union, Lois Jones @ 7/22/13
as soon I was told by principal But I spoke also
about principal treatment back on June 14 when I went back to ch

[Margin note: Union person says there is no reason for the closing. Its unjustified]

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_Al Tully_
Signature

8/2/13
Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

1:21 p.m — Walk-In
_____
Batch: Lamb



**U.S. Equal Employment Opportunity Commission**
**Chicago District Office**

500 West Madison St
Suite 2000
Chicago, IL 60661
(312) 869-8000
TTY (312) 869-8001
FAX (312) 869-8220
1-800-669-4000

Ana Tully
c/o David Hemmenway, Esq.
Law Office of David Hemmenway
300 South Wacker Drive, Suite 1700B
Chicago, IL 60606

**Charging Party: Ana Tully**
**Respondent: BOARD OF EDUCATION, CITY OF CHICAGO**
**EEOC No: 440-2014-04310**

Dear Ms. Tully:

Your request for a Notice of Right-to-Sue on the above referenced charge has been received.

Because your charge is filed against a public employer, your request is being forwarded to the Department of Justice. You will receive a response from them in the near future.

Sincerely,

_6-3-14_
Date

John P. Rowe
District Director



| | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|---|---|
| | TRANSMITTAL TO DEPARTMENT OF JUSTICE OF REQUEST FOR |
| | NOTICE OF RIGHT TO SUE |

*(The attached charge involves state/local government or political subdivisions, including public education institutions.)*

| TO: | FROM (Area or District Name/Address): |
|---|---|
| Ms. Karen Ferguson, Civil Rights Analyst<br>Employment Litigation Section<br>Civil Rights Division<br>U.S. Department of Justice<br>10th and Constitution Avenue, NW<br>Patrick Henry Building, Room 4239<br>Washington, D.C. 20530 | **EQUAL EMPLOYMENT OPPORTUNITY COMMISION**<br>**CHICAGO DISTRICT OFFICE**<br>**500 WEST MADISON ST, SUITE 2000**<br>**CHICAGO, IL 60661**<br><br>OFFICE WHERE CASE FILE IS LOCATED:<br>(If different from above) |

**NOTICE OF RIGHT TO SUE TO BE ISSUED BASED ON THE INFORMATION PROVIDED BELOW**

| NAME/ADDRESS OF CHARGING PARTY TO WHOM NOTICE IS TO BE <u>ADDRESSED</u>: | IF CHARGE WAS THIRD PARTY CHARGE, NAME AND ADDRESS OF AGGRIEVED PERSON TO WHOM NOTICE IS TO BE <u>SENT</u>: |
|---|---|
| **Ana Tully**<br>c/o David Hemmenway, Esq.<br>300 South Wacker Drive, Suite 1700B<br>Chicago, IL 60606<br><br>[ ] Charging party has filed the charge on behalf of an aggrieved person whose identity is confidential (29 CFR 1601.7(a)). | |

NAME/ADDRESS OF RESPONDENT(S) AND EEOC CHARGE NUMBER(S)

Linda Hogan             Ana Tully v. CHICAGO BOARD OF EDUCTION
**Senior Assistant General Counsel**
**CHICAGO BOARD OF EDUCATION**
**CITY OF CHICAGO**
125 South Clark Street, Suite 700
Chicago, IL 60603               EEOC Number 440-2014-04310

ATTACHED IS A REQUEST FOR NOTICE OF RIGHT TO SUE FOR THE ABOVE CHARGE(S) AND OTHER ATTACHED DOCUMENTS AS INDICATED BELOW:
LETTER OF REQUEST FROM:
[ ] CHARGING PARTY DATED: _____    [X] ATTORNEY FOR CHARGING PARTY DATED    May 16, 2014
ATTACHMENTS:    [X] ORIGINAL CHARGE    [ ] AMENDED CHARGE    [ ] CAUSE DETERMINATION (if issued) DATED _____

THE CHARGE WAS FILED (Filing Date)    May 16, 2014

[ ] Less than 180 days have elapsed since the filing date. I certify that the Commission's processing of this charge will not be completed within 180 days from the date shown above.

[ ] Please indicate on the Notice of Right To Sue that the Commission will continue to process this charge.

| NAME AND TELEPHONE NUMBER OF CONTACT PERSON (Use FTS No.) | DATE |
|---|---|
| **MONIQUE DEBUSMANN ENFORCEMENT SUPERVISOR (312) 869-8087** | 6-3-14 |
| TYPED NAME OF EEOC OFFICIAL<br>**JOHN P. ROWE** | SIGNATURE<br>*John P. Rowe* |

**DEPARTMENT OF JUSTICE USE ONLY**

| [ ] RS | [ ] OMITATTY# | [ ] DCT | [ ] FILE |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

REMARKS

If there are ADEA/EPA allegations in the charge, we have enclosed the Notice of Right to Sue for them.

Respective Parties at the same time as you forward those documents pertaining to the Notice of

Right to Sue request under Title VII/ADA.

EEOC Form **257** (10/94)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ IDHR<br>☒ EEOC | 440-2014-04310 |

*State or local Agency, if any* — and EEOC

**NAME** (Indicate Mr., Ms., Mrs.): Ms. Ana Tully
**HOME TELEPHONE** (Include Area Code): (847) 815-9820
**STREET ADDRESS / CITY, STATE AND ZIP CODE**: 5004 N. Troy, Apt. 1, Chicago, IL 60625
**DATE OF BIRTH**: 08/29/1960

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Bd. of Educ. of the City of Chicago
**NUMBER OF EMPLOYEES, MEMBERS**: 500 plus
**TELEPHONE** (Include Area Code): (773) 553-1000
**STREET ADDRESS / CITY, STATE AND ZIP CODE**: 125 S. Clark St., Chicago, IL 60603
**COUNTY**: Cook

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)     LATEST (ALL)
July 21, 2013

☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was employed by Respondent as a teacher from 1986 until I was discharged on or about July 21, 2013. I was a teacher on contractual continued service (tenure) at the time I was fired. My school principal has made comments that she was seeking to get rid of older teachers. I performed my job duties satisfactorily at all times. The Respondent falsely claimed that I was being discharged because I allegedly did not have the proper teaching certifications. The reason given by the Respondent is pretextual, because I had the proper teaching certifications.

I have been discriminated against because of my age, 53, in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 15 2014
Charging Party (Signature): [signed] A. Tully

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (Test 10/94)