UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Ana Tully

                Plaintiff,

v.                                                   Case No.: 1:14–cv–04434
                                                             Honorable Amy J. St. Eve

Board Of Education Of The City Of Chicago

                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, August 5, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/5/2014 and continued to 10/1/2014 at 08:30 AM. Rule 26(a)(1) disclosures by 8/21/14. Written discovery shall be issued by 9/5/14. All fact discovery shall be completed by 1/12/15. Expert disclosures by 12/15/14. All expert discovery shall be completed by 2/16/15. Any dispositive motions, with supporting memoranda, shall be filed by 3/13/15. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.